UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends

Debtor: SECURITY ASSET CAPITAL CORPORATION

Chapter 7 Case No. 04-32889-DDO

Unclaimed Dividends

| Name and Address of Payee | Amount Claimed | Amount Paid |
|---|---|---|
| JOHN DAN YODER TESTIMONIAL TRUST<br>2459 SR 655<br>BELLEVILLE PA 17004 | $28,657.53 | $2165.73 |
| WETTLAUFER TRUST<br>C/O BARBARA WETTLAUFER<br>307 OXBRIDGE COURT<br>PITTSBURGH, PA 15238 | 15,000.00 | 1133.59 |
| DAN JOHNSON<br>4727 EAST BELL ROAD, STE75<br>PO BOX 240<br>PHOENIX, AZ 85032 | 25,000.00 | 1889.32 |
| TOTAL | | $5188.64 |

Date: August 6, 2010

_____
John A. Hedback, Trustee